## William Krug & Son Company, Appellee, v. Charles Johnson et al., Appellants.

### Gen. No. 22,906.    (Not to be reported in full.)

Appeal from the Municipal Court of Chicago; the Hon. FRED C. HILL, Judge, presiding. Heard in this court at the October term, 1916. Reversed and remanded. Opinion filed March 26, 1917.

### Statement of the Case.

Action by William Krug & Son Company, a corporation, plaintiff, against Charles Johnson and others, defendants. From a judgment for plaintiff, defendants appeal.

WYETH & SMITH, for appellants.

L. A. SHERWIN, for appellee.

MR. JUSTICE HOLDOM delivered the opinion of the court.

### Abstract of the Decision.

1. APPEAL AND ERROR, § 910*—*when changes in transcript may not be made.* The Appellate Court will not tolerate interference with or changes in the transcript of a record made without permission of the court first had and obtained.

2. APPEAL AND ERROR, § 1772*—*when judgment reversed for alteration of record.* Changes made by the appellee in the transcript of the record without permission of the court first had and obtained, *held* to warrant reversal of the judgment and retrial.

---

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.